IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:    1:05-cv-668-PSF-MEH

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

        Plaintiff,

v.

ANDREW KENNEDY RICHMOND,

        Defendant.

---

## PLAINTIFF'S DISCLOSURES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)

---

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiff hereby discloses that it

intends to call Hendrik Bessembinder as an expert witness at the trial of this matter and provides

his expert report, resume, and testimony history.

        Dated: February 27, 2006        Respectfully submitted,

        **UNITED STATES COMMODITY**
        **FUTURES TRADING COMMISSION**

        By: _____
        Michael J. Otten, Chief Trial Attorney
        Judy T. Lee, Trial Attorney
        Commodity Futures Trading Commission
        Division of Enforcement
        1155 21st Street, NW
        Three Lafayette Center
        Washington, D.C. 20581
        phone:  (202) 418-5000/5388
        fax:  (202) 418-5523

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I served the foregoing Expert Disclosure via

Federal Express upon the following:

Robert B. Christie, Esq.
Henderson & Lyman
175 West Jackson, Suite 240
Chicago, IL 60604
(312) 986-6960
Attorney for Defendant

Michael J. Otten

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 05-F-668 (OES) |
| v. | ) ) | |
| ANDREW KENNEDY RICHMOND, | ) ) | |
| Defendant. | ) ) | |

**EXPERT REPORT OF HENDRIK BESSEMBINDER**

# I.    INTRODUCTION

1. My name is Hendrik Bessembinder.  I am a Presidential Professor, and hold the

A. Blaine Huntsman Presidential Chair in Finance, at the David Eccles School of

Business of the University of Utah.  My resume is attached as Appendix A.  The

Division of Enforcement of the U.S. Commodity Futures Trading Commission

("CFTC") has asserted that Andrew Kennedy Richmond ("Richmond") delivered, or

caused to be delivered, false, misleading or knowingly inaccurate reports to firms that

compile natural gas price indices (henceforth "index compilers"), in an attempt to

manipulate prices of natural gas.   I have been asked by the Division of Enforcement

of the CFTC to provide an overview of the natural gas markets, with an emphasis on

the economic role of price indices and the potential effects of false data submitted to

index compilers.


# II.    SUMMARY OF CONCLUSIONS

2. As set forth below, I conclude that:

> (i) An important economic function of any commodity market is "price
> discovery".  Price indices disseminated by index compilers play a key role in
> price discovery for natural gas markets.
> (ii) Many natural gas contracts refer to price indices to determine the final
> price paid for gas in physical contracts or the payments between parties in
> financial contracts.  Submitting false, misleading or knowingly inaccurate
> information about gas trades to index compliers can therefore change the
> profitability of gas trades.
> (iii) The submission of false, misleading or knowingly inaccurate information
> about gas trades has the potential to lead to increased prices for many
> consumer goods and services, including electricity, residential natural gas, and
> computers.
> (iv) The submission of false, misleading or knowingly inaccurate information
> about gas trades can be expected to impair gas markets' price discovery
> function.  Gas traders' decisions can be affected by false trade submissions,

and market prices are affected by traders' buy and sell decisions. Therefore, prices in all natural gas markets, including the NYMEX futures market, can be adversely affected by the submission of false trade information to index compilers.

### III. BACKGROUND AND QUALIFICATIONS

3. As the A. Blaine Huntsman Presidential Chair and Presidential Professor of Finance at the University of Utah, my duties include research, publication, teaching, and service to the community. I have taught courses in Corporate Finance, Financial Markets, Risk Management, and Futures and Options. My research focuses primarily on financial and commodity markets, including stock markets, bond markets, foreign exchange markets, futures markets, and energy markets.

4. I hold a Ph.D. in Business from the University of Washington, with a major in Finance, and minors in Business Economics, Mathematics, and Research Methods. Most of my published research involves the application of statistical methods to data drawn from financial and commodity markets. I serve as Managing Editor of the *Journal of Financial and Quantitative Analysis*, and as Associate Editor of the *Journal of Finance*, the *Journal of Financial Economics*, and the *Journal of Financial Markets*. I have been a consultant to the New York Stock Exchange, the U. S. Federal Energy Regulatory Commission, the U. S. Securities and Exchange Commission, and Goldman Sachs, Inc., among others.

5. My resume is attached as Appendix A. It contains a list of all publications I have authored. Each of these except those under the heading "Other Publications" was subject to "peer review", where a researcher selected by the journal editor anonymously evaluated the manuscript and made an editorial recommendation.

Appendix B contains a complete listing of my previous testimony in trial or deposition. I am being compensated by the CFTC for my time spent reviewing documents, writing this report, and conferring with CFTC staff, at the rate of $450 per hour.

## IV.   MATERIALS CONSIDERED IN RENDERING THESE OPINIONS

6. In formulating this report, I considered the following:

- Complaint filed by the U.S. Commodity Futures Trading Commission v. Andrew Kennedy Richmond, April 12, 2005.
- Andrew Kennedy Richmond's answer to the CFTC complaint, dated April 19, 2005.
- Deposition testimony of Andrew Kennedy Richmond, dated September 8, 2004.
- Book titled "Trading Natural Gas: A Nontechnical Guide" by Fletcher Sturm, Pennwell Books, Tulsa, Oklahoma, 1997.
- Book titled "Manipulation on Trial" by Jeffrey Williams, Cambridge University Press, Cambridge, Massachusetts, 1995.
- Document titled "Best Practices for Energy Price Indices, Committee of Chief Risk Officers, dated February 27, 2003. Available at http://www.ccro.org/pdf/energy.pdf.
- Document titled "Report on Natural Gas and Electricity Price Indices" Federal Energy Regulatory Commission, May 5, 2004. Available on line at http://www.ferc.gov/EventCalendar/Files/20040505135203-Report-Price-Indices.pdf.
- Document titled "Policy Statement on Natural Gas and Electric Price Indices", Federal Energy Regulatory Commission, July 24, 2003. Available at http://www.ferc.gov/legal/ferc-regs/land-ord-elec.asp.
- Document titled "2003 Natural Gas Market Assessment", Office of Market Oversight and Investigations, Federal Energy Regulatory Commission, January 2003. Available at http://www.ferc.gov/EventCalendar/Files/20030905183027-ngma-2003.pdf.
- Document titled "Order Regarding Future Monitoring of Voluntary Price Formation, Uses of Price Indices in Jurisdictional Tariffs, and Closing Certain Tariff Dockets, Federal Energy Regulatory Commission, November 19, 2004. Available at http://www.ferc.gov/whats-new/comm-meet/111804/M-1.pdf.
- Document titled "State of the Markets Report", Office of Market Oversight and Investigations, Federal Energy Regulatory Commission, January 2004. Available at http://www.ferc.gov/legal/ferc-regs/land-docs/som-2003.pdf.

- Document titled "NGI's Statement on Natural Gas Price Surveys", Natural Gas Intelligence, available at http://intelligencepress.com/features/ngi_statement_200302.html.
- Document titled "Report of the Advisory Committee on Market Information: A Blueprint for Responsible Change", United States Securities and Exchange Commission, September 14, 2001. Available at http://www.sec.gov/divisions/marketreg/marketinfo/finalreport.htm.
- Document titled "Uses of Natural Gas", available at http://www.naturalgas.org/overview/uses.asp.
- Document describing ICE gas indices, available at http://www.theice.com/dailyIndices/gasMonthAheadIndex.html.
- My years of experience in conducting research into economic issues related to the financial and commodity markets, and the expertise I have gained as a consultant to government agencies and private firms on matters related to natural gas markets.

## V. THE NATURAL GAS MARKETS

**Overview**

7. Natural gas flows from "wellheads", through a complex network of pipelines and storage facilities, to final users who burn the gas to extract energy. The largest categories of final users of natural gas in the U.S. are Industrial Companies (34.9% of total), Electricity Generation (26.3% of total), Residential (23.5% of total), and Commercial (15.1% of total).[1] To facilitate the efficient flow of gas, industry participants rely on a variety of physical and financial contracts.

8. Physical contracts call for gas to be delivered to specified locations for specified intervals of time, such as the next day or the remainder of the month. Physical contracts can specify that gas be delivered at any of a wide variety of "trading hubs" located around the country. Contracts may be "fixed price", in which case the price to be paid for the delivery of gas is negotiated and known in advance

---

[1] This data is reported by the United States Department of Energy on the website http://tonto.eia.doe.gov/dnav/ng/ng_cons_sum_dcu_nus_a.htm, and pertains to the year 2004.

by both parties, or may be "indexed", in which case the price to be paid is linked to an index number that will not be known until a later date.[2]

9. Like other commodities, market prices for natural gas are governed by the economic forces of supply and demand. The supply of gas can be affected by weather conditions (e.g. a hurricane in the Gulf of Mexico), pipeline disruptions, and in the long run, by exploration activity. The demand for gas can depend on weather (for example by affecting usage for heating), the demand for electricity (e.g. to power air conditioners), the level of factory production that relies on gas, etc.

10. Some physical contracts refer to delivery periods that begin in the future. For example, firms might contract in December of 2005 for gas to be delivered to Henry Hub (in Louisiana) during August of 2006. Many industry participants also use financial contracts, which do not call for physical delivery of gas, but lead to financial gains or losses that depend on the prices for physical gas. These financial contracts can be used by industry participants both to hedge existing risks and to speculate on possible movements in gas prices.

11. Natural gas contracts are traded on organized exchanges, including the New York Mercantile Exchange ("NYMEX") and the Intercontinental Exchange ("ICE"), as well as through direct negotiations between parties in the so-called "Over the Counter" ("OTC") market. Participants in wholesale gas markets include gas producing firms, local distribution companies ("LDCs") that transport gas from the major trading hubs to final users, electric generating companies that burn gas in power plants, industrial companies that use gas in factories, and a variety of

---

[2] Index contracts often set the price as index plus or minus a fixed monetary amount, e.g. index plus two cents.

marketing companies that arrange contracts and gas deliveries while also trading for profit.

**The Web of Prices**

12. At any point in time there exists not a single market price for natural gas, but an array of market prices for delivery of gas at various locations over a variety of time horizons. Economist Jeffrey Williams (in his book titled "Manipulation on Trial", page 25), though discussing a different commodity (silver bullion), provides some insights that are also useful in understanding gas prices:

> "These simultaneous prices for bullion for delivery at different future dates should be seen as part of a much larger web, which, at any one time, encompasses the price of bullion for immediate delivery, the prices for bullion at other delivery dates and at locations other than exchange-approved vaults......The expression 'price of silver' is therefore merely a handy abbreviation....Any one price within this web reflects the influence of its neighbors, because traders will monitor the price relationships for arbitrage opportunities."

13. In my view it is constructive to also think of a "web of prices" that apply to various gas contracts. This web extends across delivery locations and delivery dates. A change in supply and demand conditions that generate a price change at one point on the web will tend to pull adjacent prices on the web in the same direction. This tendency for prices to move in the same direction is attributable in part to traders using simple strategies, including "spreads," to profit from divergences in prices across the web. Spread trades involve purchasing gas at one point on the web while simultaneously selling gas at another point on the web. These strategies are facilitated by the ability to ship gas through pipelines and the ability to store gas.

14. To illustrate the relevance of the ability to ship gas, suppose that the price of natural gas at point A is $2.20 per Million British Thermal Units ("mmbtu") while the

price at point B is $2.30 per mmbtu, and that the cost of shipping gas from point A to point B is $0.10 per mmbtu. Suppose a demand increase at point B pushes the price there up, for example to $2.40. It is then profitable for industry participants to enter spreads where they purchase gas at point A sell it at point B. The increased demand at point A will tend to increase the price there, while the increased supply at point B will tend to mitigate the price rise there. Gas will continue to be shipped from point A to point B until it is no longer profitable to do so, for example once the price at point A rises to $2.25 and the price at point B falls to $2.35. The main point of this example is to illustrate that the demand increase at point B is, due to the ability to ship gas, transmitted into an increased price at the adjacent point on the web, A. By the same reasoning, the ability to ship gas from other points to both A and B tends to transmit the price increase to other points on the web as well.

15. To illustrate the relevance of storage to the web of prices, suppose that the market price of gas for immediate delivery at point A is $2.25, while the price of gas for delivery one month in the future at the same point is $2.30, and that the cost of storing gas for one month is $0.05. An example of a contract for delivery of natural gas at a later date is a NYMEX futures contract. Suppose that a change in current supply and demand conditions causes the price of gas for immediate delivery to fall to $2.15. Market participants with access to storage facilities will realize that they can profit by entering a spread trade where they purchase gas now for $2.15 and commit to sell it one month in the future for $2.30. Their transactions will tend to increase the price of gas for immediate delivery and decrease the price of gas for future delivery. This process will continue until it is no longer profitable, for example

when the price for immediate delivery is $2.20 and the price for delivery one month in the future is $2.25. Note that the ability to store gas has effectively transmitted the decrease in the current price of gas to an adjacent point on the web, the price of gas for future delivery.[3]

16. To summarize, the set of prices for natural gas to be delivered at varying locations over different periods of time are linked to each other by fundamental economic forces. A price change at any individual point on the web will typically be transmitted in whole or part to other points on the web, including NYMEX natural gas futures prices.

**Price Discovery and Gas Price Indices**

17. Natural gas prices, like all commodity prices, are affected by supply and demand. Standard economic theory posits the existence of a supply curve and a demand curve for a commodity, and an "equilibrium" price that equates quantity supplied with quantity demanded. However, the equilibrium price will change as the factors underlying supply and demand (e.g. weather, the level of economic activity, etc.) change. Further, participants in actual markets cannot see supply and demand curves, so they do not know exactly the equilibrium price.

18. An important economic function of any financial or commodity market is "price discovery", the process of trying to establish through the trading what is the equilibrium price (or "web of prices") at any point in time. Knowing the prices at

---

[3] Even in the absence of pipelines and storage facilities there would still be a tendency for prices in the web to move in the same direction, as long as market participants have some flexibility to react to changing prices. For example, if a supply disruption causes prices for immediate delivery of gas to rise, a customer with a degree of flexibility may decide to defer their usage of gas until a later date. If speculators understand that demand will be shifted to the future they will bid up prices for future delivery as well, and the current shock will be partially or fully transferred to the future price.

which actual transactions have occurred is useful in trying to assess the equilibrium price, in negotiating fair prices for upcoming transactions, and for estimating the value of existing inventories and financial contracts.

19. Further, price data has a crucial role in guiding efficient decisions in a market-based economy.  Increasing prices signal that a commodity has become relatively scarce.  For consumers, high prices indicate that it is efficient to reduce usage, for example by looking for substitutes to the scarce commodity.  For producers, high prices signal the efficiency of increasing supply, for example by additional exploration.  Anything that interferes with markets' price discovery function has potential to lead to inefficient economic decisions.

20. Since knowledge about recent transaction prices is useful, it is also valuable. As a case in point, U.S. stock markets were able to earn $598 million by selling trade (price and volume) and quotation data during the year 2000 alone.[4] Participants in natural gas markets are also interested in knowing market conditions, including recent transaction prices.  Unlike stock markets, which report publicly the price and size of every trade within seconds, OTC trades in natural gas contracts are not reported publicly.  The NYMEX does disseminate "time and sales" data that includes transaction prices for gas futures contracts, but the only delivery location for natural gas traded through NYMEX contracts is the Henry Hub.  Participants in OTC gas contracts know the terms of their own transactions, but not the prices or sizes of trades involving other parties.

---

[4] This figure is from "Report of the Advisory Committee on Market Information: A Blueprint for Responsible Change", United States Securities and Exchange Commission, September 14, 2001.

21. To meet the demand for pricing information in natural gas markets, several organizations compile and disseminate price indices. A relatively recent participant in the business of compiling and disseminating gas price indices is ICE, which computes index numbers based mainly on actual transactions that take place on its electronic market.[5] In contrast, the more established compilers of gas price indices operate by obtaining transaction information directly from gas trading companies. These compilers convert the information obtained from trading companies into price indices that they disseminate to subscribers.

22. One prominent compiling firm is Platts, which issues indices titled "Inside FERC Gas Market Report" ("IFERC") and "Gas Daily". IFERC disseminates prices for one-month physical delivery contracts, and is based on trades completed during the last week (referred to by traders as "bid week") of the prior month. Gas Daily compiles an index of prices for day ahead (single day, except for weekends) contracts for physical delivery. In his answer to the CFTC complaint, defendant Richmond admits the CFTC assertion (paragraph 14 of the complaint) that "natural gas traders also referred to indexes for price discovery and assessing price risks." Richmond also admits the CFTC assertion (paragraph 15 of the complaint) that "Gas Daily is an index widely used by the natural gas industry and its participants."

**Physical Index Contracts**

23. Some contracts for the physical delivery of gas are completed at fixed prices. For example a warehouse company that relies on gas for heating might contract during the last week of November to purchase a given quantity of gas each day

---

[5] For a description of ICE indices see http://www.theice.com/dailyIndices/gasMonthAheadIndex.html.

throughout the month of December, at a set price of $5.40 per mmbtu.  In fixed price contracts each party knows the price that will be paid for the gas at the time the contract is entered.   Index compilers prefer to focus on these fixed price contracts to establish their price indices, since the prices at which buyers and sellers are willing to enter these contracts are informative about the underlying supply and demand fundamentals.

24. It has become common practice in natural gas markets to create contracts in which the final price paid for gas depends on a published index.[6]  The Federal Energy Regulatory Commission ("FERC") reports that price indices "are used to price billions of dollars of natural gas and electricity transactions annually in both physical and financial markets."[7]   In his answer to the CFTC complaint, defendant Richmond admits the CFTC assertion (paragraph 14 of the complaint) that "participants in the natural gas markets widely used indexes for various purposes including pricing and settlement of index trades."

25. For example, a computer chip manufacturer might contract to purchase a quantity of gas to be delivered throughout the upcoming month at a price to be determined as the Katy (a delivery point in Texas) index plus two cents.  At the time this contract is entered the actual price to be paid for gas is not known, but will depend on the index outcome.   Or, an electricity generating company might contract

---

[6] The Committee of Chief Risk Officers in their document "Best Practices for Energy Price Indices" notes (page 1) "Within the Energy Sector, data from indices forms the basis for many over-counter-transactions." The FERC 2004 State of the Markets Report states (page 91) "Many contracts, both physical and financial, are tied to indices calculated from daily or monthly physical prices.  In addition, indices are used to settle swaps, establish pipeline cash-out figures, and to benchmark LDC gas purchase performance."
[7] "Report on Natural Gas and Electricity Price Indices" Federal Energy Regulatory Commission, May 5, 2004.

to purchase gas over an interval of time, with the price paid each day dependent on the day's outcome for the Gas Daily index at the specified location.[8]

26. Natural Gas Intelligence (one of the index compilers) asserts that "utilities and producers have always tended to index" their contracts.[9] Respondents to a recent FERC survey indicated that "they priced somewhere between 50 and 75 percent of their natural gas sales and purchases based on some form of natural gas index."[10] One reason that index pricing is often relied upon by utilities and local distribution companies is that state regulatory commissions tend to use indices as benchmarks in reviewing the prudence of gas purchases.[11]

27. A key insight for purposes of the present proceedings is that changes in indices disseminated by firms such as Platts and Gas Daily will change the actual price paid for gas by parties such as electric generating companies, LDCs, and industrial companies that use index contracts to acquire some or all of their gas.

**Financial Index Contracts**

28. In addition to being used to establish prices for physical gas contracts, gas price indices are often used to determine profits or losses on financial gas contracts. Financial contracts that create profits or losses depending on market price outcomes are sometimes called "derivatives". Derivative contracts are legitimate risk management tools, and are routinely used in many financial and commodity markets, including oil and gas, metals, bonds, stocks, and currencies.

---

[8] Although the specific examples provided in this report are hypothetical, the use of electricity generating plants in examples is realistic. The Federal Energy Regulatory Commission (2004 State of the Markets Report) indicates that natural gas is often the "marginal fuel" (over 90% of the time in California and Florida) for electricity generation.
[9] NGI's Statement on Natural Gas Price Surveys.
[10] FERC "Report on Natural Gas and Electricity Price Indices", page 25.
[11] Federal Energy Regulatory Commission Policy Statement on Natural Gas and Electric Price Indices, page 2.

29. One example of a financial contract that depends on a gas price index is an "Index Swap".[12] The two parties to a swap contract agree to exchange a series of payments, often on a monthly basis. Most often, one set of payments is pre-specified, while the other set of payments "floats" depending on market prices. In the case of an index swap, the buyer of the swap agrees to make monthly fixed payments (e.g. $5.30 per mmbtu for a specified "notional" quantity of gas) to the seller of the swap, while the seller agrees to make monthly payments to the buyer equal to a specified index times the notional quantity. Many index swaps are based on IFERC monthly indices. The buyer of such an index swap benefits if the relevant index increases, while the seller benefits if the index decreases.

30. As noted, derivative contracts, including swaps, are often used as risk management tools, either to eliminate (hedge) a risk that the trader does not wish to bear or to create the potential for profit (speculate) if a price moves in a particular direction. For example, a trader who previously agreed to deliver gas at the index price for a given location may no longer wish to be exposed to the risk that revenue will decrease due to a decline in the index. That trader could sell an index swap for the same location and in the same quantity. Having done so, any decrease in revenues on the physical index contract due to a decline in the index price would be offset by profits on the index swap contract, so the trader would be "hedged" against decreases in the index price. Alternately, a trader may hold the opinion that prices at a given trading hub are likely to increase in the future. That trader could purchase an index swap for that location, and earn speculative profits if her opinion turned out to be correct.

---

[12] The descriptions of swap contracts provided here rely on Chapter 4 of Sturm (1997).

31. To illustrate the potential profits or losses on an index swap, consider as an example a Waha (Texas) index swap with a notional quantity of 100,000 mmbtu and a fixed price of $5.30 per mmbtu. If the Waha index turns out to be $5.50 per mmbtu the buyer of the swap pays 100,000x$5.30 = $530,000 and receives 100,000x$5.50 = $550,000, for a net gain of $20,000.[13] In this case the swap buyer's gain is the swap seller's loss. On the other hand if the Waha index turns out to be $5.10 per mmbtu, the buyer of the swap still pays 100,000x$5.30 = $530,000 but receives 100,000x$5.10 = $510,000, for a net loss of $20,000. The swap buyer's loss in this case is the swap seller's gain.

32. Gas traders also use other derivative contracts that are based on index prices.[14] A "swing swap" is similar to an index swap, except that the floating payment is determined by an index number that measures daily rather than monthly prices at a particular location. The buyer of a swing swap gains if the referenced daily price index (e.g. an average of Gas Daily prices) increases, and vice versa. A "basis swap" is a bit more complex, as both series of payments are floating, with the payment in one direction determined by NYMEX natural gas futures prices (which are based on delivery at Henry Hub in Louisiana), and the payment in the other direction determined by the index number for a different delivery location. The buyer of a basis swap that referenced Houston Ship Channel, for example, would gain if the Houston Ship Channel index increased relative to the NYMEX futures price, and vice versa.

---

[13] In practice swap contracts typically call for only the net payment ($20,000 in this example) to be made.
[14] In addition to the swap contracts discussed here, gas traders often use "option" contracts that rely on index prices to determine profits and losses.

33. The index swap, swing swap, and basis swap described here are examples of derivative contracts that use gas price indices to determine the payment between the parties involved. The key insight for purposes of the present proceedings is that the actual dollar payments across the parties that have entered index-based financial gas contracts will be increased or decreased by changes in the gas price indices disseminated by compilers such as Platts and Gas Daily.

34. Gas traders (as well as traders in other financial and commodity markets) may also refer at times to "spread trades". This term is somewhat generic, in that it refers to an array of trading strategies that involve buying gas at one location while simultaneously selling gas at another location, or buying gas for delivery over one time interval while simultaneously selling gas for delivery over another time interval. Spread trades may involve physical delivery of gas, or may be purely financial. If either of the pair of trades comprising a spread is priced at index, then the profitability of the spread trade will also be altered by changes in the referenced index.

## VI. Submission of False Gas Trade Information

35. The CFTC complaint in this action asserts that defendant Richmond delivered or caused to be delivered "false or misleading or knowingly inaccurate reports" concerning gas trades during the approximate period April 2000 to February 2001, when the defendant was employed by Western Gas Resources, Inc. ("Western"). More specifically, the complaint asserts that defendant "routinely pressured at least two of the traders he supervised to knowingly deliver false or misleading or

knowingly inaccurate reports of transaction information to Gas Daily" and that "at least two of the traders succumbed to defendant's pressure."

36. In deposition testimony, defendant Richmond agrees (page 98) that the index "is to be volume-weighted averages" and that "if a trader reported a higher price at a higher volume …. that would have an effect (on the index)." Other things equal, an index will be affected by the false reporting of prices or volumes to a greater extent if the delivery point is less liquid, in the sense that fewer legitimate trades are reported.

**Possible Motivation for False Submissions**

37. One motivation for submitting false trade information to index compilers is readily apparent: successfully altering the index can result in larger profits or smaller losses on defendants' contracts that are priced at index, including both physical and financial contracts. A trading company such as Western could at any point in time hold a complex portfolio of both physical and financial gas contracts. The portfolio could include both "long" positions (those that deliver improved profits if index prices increase) and "short" positions (those that deliver improved profits if index prices decrease). As a consequence defendant would not necessarily have to affect the entire web of index prices to increase profits on contracts priced at index. Pushing some index prices up and/or pulling other index prices down through false trade submissions could be sufficient to increase the profitability of contracts.

38. Defendant Richmond verified in deposition testimony (page 56) that Western often entered spread trades, the profitability of which depended on differences in prices across delivery hubs or delivery dates. Further, defendant stated in deposition

(page 59) that some spread transactions were settled "based on an index, whether it be a first-of-the-month index or a Gas Daily index" and (page 60) "it would be typically Gas Daily" that would be referenced in a spread trade.

39. A second possible motivation for submitting false trade information to index compilers is that the indices are sometimes used to estimate increases or decreases in the market value of traders' positions. Contracts that have been entered by a trader, but not yet closed by the delivery of the requisite gas, the entry of an offsetting contract, or contract expiration, are sometimes referred to as "open positions". Trading companies periodically estimate the value of open positions, in a process widely referred to as "marking to market", and sometimes rely on published indices to do so.

40. In summary, defendant Richmond could have benefited from the false reporting of trades to index compilers because altering the index could have increased the actual profits on index-linked positions or because altering the index could have increased internal measures of the profitability of open positions.

**The Effects of False Submissions Through Existing Contracts**

41. The direct economic effects of altering index prices through false submissions extend beyond the defendant and the parties that entered contracts with the defendant. The effects of false reporting of market information extend to every firm that entered into contracts that use the affected indices to determine prices.

42. For example, suppose that defendant had a net long position in financial contracts that are priced to the Gas Daily index for a West Texas delivery point, and submitted false trade information that increased the Gas Daily index for that delivery

point. It is likely that some final users of gas, such as computer chip manufacturing plants and electricity generating plants, or some LDCs that deliver to residential or commercial customers, will have contracted to purchase physical gas at prices determined by the same index. If so, defendant's false trade submissions increase the gas procurement costs of these customers. Since computer manufacturers, electricity companies, and gas distribution companies must recover their costs from their own customers it can be reasonably anticipated that these false trade submissions would ultimately lead to higher retail prices for electricity and computers, and also for natural gas delivered to homes and businesses.

43. The preceding example illustrates a broader point. If, as seems likely, the knowing false submission of trade information to index compilers increased trading profits or trader compensation, then false submission could have increased costs for other gas industry participants. These increased costs must ultimately be recovered from customers. I conclude that altering gas index prices through false submissions can have ripple effects that ultimately could increase prices paid by consumers for a wide variety of goods and services.

### The Effects of False Trade Submissions Due to Impaired Price Discovery

44. The economic effects of false trade submissions are not limited to the effects of higher or lower prices being paid on contracts that are priced at index. As noted in paragraph 18, the gas price indices disseminated by compilers such as Platts and Gas Daily are part of the "price discovery" function of natural gas markets. Information about market transaction prices is used by producers, consumers, and traders as they

negotiate new contracts, estimate the value of their existing contracts, and consider whether to change their strategies related to the production and consumption of gas.

45. In general, gas traders will be aware of the economic forces that underlie the "web" of gas prices, and of the tendency for prices in proximity on the web (e.g. prices for nearby delivery points or for similar delivery periods) to naturally move in the same direction. Suppose that gas traders become aware that prices at one point on the web, for example Permian Basin (Texas) daily prices, have increased. It is reasonable for them to assume that supply and demand conditions at that location may have changed. Indeed, it would also be reasonable for traders to presume that economic forces are likely to transmit the price increase at Permian to other parts of the web.

46. Consider two possibilities regarding the increase in Permian prices in this example. The first is that Permian index prices increased because of real supply and demand factors, such as increased industrial gas usage for chemical production, or decreased wellhead output from West Texas gas fields. In this case the higher index prices correctly signal increased scarcity of gas, and the increase in prices at Permian and elsewhere on the web are economically efficient. The second possibility is that the Permian index price increased because of false trade submissions to index compilers. In this case the price discovery function of the index is compromised. There is no increase in the extent to which gas is scarce, and the quality of prices is diminished, potentially leading to inefficient economic decisions.

47. False submissions of trade information for some points on the web potentially affects prices at other points on the web, because traders cannot instantly know with

certainty that index prices have moved due to false information rather than because of changes in supply and demand. Index prices are one factor among many that gas traders may rely on to guide their trading decisions. Since gas traders' decisions can be affected by false trade submissions, and market prices are affected by traders' buy and sell decisions, I conclude that prices in all natural gas markets, including the NYMEX futures market, can be adversely affected by the submission of false trade information to index compilers.

DATED THIS 23rd DAY OF February, 2006.


_Hendrik Bessembinder_
**Dr. Hendrik Bessembinder**
**A. Blaine Huntsman Chaired Presidential Professor**
**Department of Finance**
**David Eccles School of Business**
**University of Utah**

# RESUME OF HENDRIK BESSEMBINDER

## CURRENT APPOINTMENT:

A. Blaine Huntsman Chaired Presidential Professor of Finance, David Eccles School of Business, University of Utah, 2001-present.

## PREVIOUS POSITIONS:

Professor of Finance, Goizueta Business School, Emory University, 1999-2001.

Professor, Associate Professor, Assistant Professor of Finance, College of Business, Arizona State University, 1989-1999.

Visiting Assistant Professor of Finance, Simon Graduate School of Business, University of Rochester, 1986-1989.

Instructor, School of Business, University of Washington, 1982-85.

Financial Analyst, Pacific Northwest Bell Telephone Company, 1979-82.

Lecturer, College of Business, Washington State University, 1978-79.

## EDUCATION

| | |
|---|---|
| Ph.D. | The University of Washington, 1986, Major in Finance, minors in Mathematics, Business Economics, and Research Methods. |
| M.B.A. | Washington State University, 1978, Finance concentration. |
| B.S. | Utah State University, 1977, cum laude, Business major with Economics minor. |

## EDITORIAL APPOINTMENTS

Managing Editor, *Journal of Financial and Quantitative Analysis,* August 2003-present.
Associate Editor: *Journal of Finance,* March 2000-present.
Associate Editor: *Journal of Financial Economics*, January 2001-present.
Associate Editor: *Journal of Financial and Quantitative Analysis,* September 1999-July 2003.
Associate Editor: *Journal of Financial Markets*, October 2000-present.

## CONTACT INFORMATION

|            |                                                                                                                                          |
|------------|------------------------------------------------------------------------------------------------------------------------------------------|
| Address:   | Department of Finance, David Eccles School of Business, 1645 E. Campus Center Drive, University of Utah, Salt Lake City, UT 84112-9303.   |
| Phone:     | (801) 581-8268.                                                                                                                          |
| E-Mail:    | finhb@business.utah.edu.                                                                                                                 |
| Web Page:  | http://www.business.utah.edu/~finhb/                                                                                                     |

## CONSULTING EXPERIENCE

-Goldman Sachs, Inc.
-New York Stock Exchange, Inc.
-United States Department of Energy.
-Energy Power Research Institute.
-U.S. West, Inc.

## LEGAL/EXPERT WITNESS EXPERIENCE

**-United States Department of Justice**
- Stock Market Collusion.

**-United States Securities and Exchange Commission**
- Mutual Fund Trading Practices.

**-Federal Energy Regulatory Commission.**
- Energy Market Manipulation.

**-United States Department of The Treasury**
- Option-Based Tax Shelters.

**-Commodities Futures Trading Commission**
- Futures Market Manipulation,
- Market Data Reporting.

**-Analysis Group/Economics**
- Stock Market Manipulation,
- Risk Management Strategies,
- Mutual Fund Trading Costs,
- Bond Market Trading Costs,
- Stock Market Structure.

## RESEARCH AND TEACHING INTERESTS

Financial Markets – including market design and trading costs, Stock Markets, Foreign Exchange Markets, Derivative Security Markets, Energy Markets, Risk Pricing, Risk Management, and International Financial Management.

## PUBLICATIONS: Peer-Reviewed Journal Articles

"Market Transparency, Liquidity Externalities, and Institutional Trading Costs in Corporate Bonds" (with William Maxwell and Kumar Venkataraman), Journal of Financial Economics, forthcoming.

"Gains From Trade Under Uncertainty: The Case of Electric Power Markets" (with Mike Lemmon). Journal of Business, forthcoming.

"Does an Electronic Stock Exchange need an Upstairs Market?" (with Kumar Venkataraman), Journal of Financial Economics, June 2004.

"Quote-Based Competition and Trade Execution Costs in NYSE-Listed Stocks", Journal of Financial Economics, December 2003.

"Trade Execution Costs and Market Quality after Decimalization", Journal of Financial and Quantitative Analysis, December 2003.

"Issues in Assessing Trade Execution Costs", Journal of Financial Markets, June 2003.

"Equilibrium Pricing and Optimal Hedging in Electricity Forward Markets" (with Mike Lemmon), Journal of Finance, June 2002.

"Tick Size, Spreads, and Liquidity: An Analysis of Nasdaq Securities Trading Near Ten Dollars", Journal of Financial Intermediation, 2000, Volume IX, Issue 3.

"Trade Execution Costs on Nasdaq and the NYSE: A Post-Reform Comparison", Journal of Financial and Quantitative Analysis, September 1999.

"Trading Costs and Volatility for Technology Stocks" (with Herb Kaufman), Financial Analysts Journal, September/October 1998.

"Market Efficiency and the Returns to Technical Analysis" (with Kalok Chan), Financial Management, Summer 1998.

"A Cross-Exchange Comparison of Execution Costs and Information Flow for NYSE-listed Stocks" (with Herb Kaufman), Journal of Financial Economics, December 1997.

"A Comparison of Trade Execution Costs for NYSE and Nasdaq-listed Stocks" (with Herb Kaufman), Journal of Financial and Quantitative Analysis, September 1997. (Abstracted in C.F.A. Digest, Spring 1998).

"The Degree of Price Resolution and Equity Trading Costs", Journal of Financial Economics, July 1997.

"An Empirical Examination of Information, Differences of Opinion, and Trading Activity" (with Paul Seguin and Kalok Chan), Journal of Financial Economics, January 1996.

"Is There a Term Structure of Futures Volatilities? Reevaluating the Samuelson Hypothesis" (with Jay Coughenour, Paul Seguin, and Margaret Smoller), Journal of Derivatives, Winter 1996. (Abstracted in C.F.A. Digest, Summer 1997).

"Mean Reversion in Equilibrium Asset Prices: Evidence from the Futures Term Structure" (with Jay Coughenour, Margaret Monroe, and Paul Seguin) Journal of Finance, March 1995. (Abstracted in C.F.A. Digest, Fall 1995).

"The Profitability of Technical Trading Rules in the Asian Stock Markets" (with Kalok Chan), Pacific-Basin Finance Journal, July 1995.

"Bid-Ask Spreads in the Interbank Foreign Exchange Markets", <u>Journal of Financial Economics</u>, June 1994. (reprinted in <u>New Developments in Exchange Rate Economics</u>, Edward Elgar Publishing, 2001)

"Return Autocorrelations Around Non-Trading Days", (with Michael Hertzel) <u>Review of Financial Studies</u>, 1993 (Volume 6, number 1).

"An Empirical Analysis of Risk Premia in Futures Markets", <u>Journal of Futures Markets</u>, September 1993.

"Price Volatility, Trading Volume, and Market Depth: Evidence from Futures Markets" (with Paul Seguin) <u>Journal of Financial and Quantitative Analysis</u>, March 1993.

"Futures Trading Activity and Stock Price Volatility", (with Paul Seguin) <u>Journal of Finance</u>, December 1992.

"Systematic Risk, Hedging Pressure, and Risk Premiums in Futures Markets" <u>Review of Financial Studies</u>, 1992 (Volume 5, number 4). (Reprinted in <u>Futures Markets</u>, Edward Elgar Publishing, Inc., 1997.)

"Time Varying Risk Premia and Forecastable Returns in Futures Markets" (with Kalok Chan) <u>Journal of Financial Economics</u>, October 1992.

"Forward Contracts and Firm Value: Investment Incentive and Contracting Effects" <u>Journal of Financial and Quantitative Analysis</u>, December 1991.

"Exchange Rate Exposure and the Hedging of Currency Risk" <u>Recent Developments in International Banking and Finance, Vol. VI</u>, 1991.

## OTHER PUBLICATIONS

"Introduction to the 2006 JFQA Symposium on Analysts", <u>Journal of Financial and Quantitative Analysis</u>, March 2006.

"Estimating Trade Execution Costs from Public Data", <u>Journal of Financial Transformation</u>, (invited paper), April 2005.

"Futures Price Volatility and Spot Price Stationarity" (with Jay Coughenour, Paul Seguin, and Margaret Smoller), <u>Chicago Board of Trade Research Symposium Proceedings</u>, Fall 1996.

## COMPLETED WORKING PAPERS

"Trading Costs and Return Volatility: Evidence From Exchange Listings" (with Subhrendu Rath).

"Selection Biases and Cross-Market Trading Cost Comparisons"

## SPONSORED REPORTS

"Selection Biases in Order Routing and Market Quality Comparisons" sponsored by the New York Stock Exchange, 2002.

"Trade Execution Costs and Market Quality after Decimalization" sponsored by the New York Stock Exchange, 2001.

"Trading Costs on Nasdaq and the NYSE: The 2000 Report" sponsored by the New York Stock Exchange, 2001.

"Quotations at the NBBO: A Cross-Exchange Study of Price Priority, Time Priority, and Quotation Quality" sponsored by the New York Stock Exchange, 2000.

"Trading Costs on Nasdaq and the NYSE: The 1999 Report" sponsored by the New York Stock Exchange, 2000.

"Trading Costs on Nasdaq and the NYSE: The 1998 Report" sponsored by the New York Stock Exchange, 1999.

"On Assessing the Costs and Benefits of Exchange Listing" New York Stock Exchange working paper 2000-01.

"Quotations and Trading Costs on the Domestic Equity Exchanges" (with Herb Kaufman), sponsored by the New York Stock Exchange, 1995.

## SELECTED INVITED PRESENTATIONS OF RESEARCH PAPERS

- University of Western Ontario, November 2005.
- Swedish Institute for Financial Research, October 2005.
- Northern Finance Association Meetings, September 2005.
- University of Houston, September 2005.
- Indiana University, April 2005.
- Brigham Young University, March 2005.
- University of Virginia, March 2005.
- Claremont-McKenna College, March 2005.
- Vanderbilt University, December 2004.
- Lancaster University, October 2004.
- Brazilian Finance Association Conference, Rio de Janeiro, July 2004,
- Financial Market Structure Conference, Frankfurt, June 2004.
- University of Arizona, April 2004.
- American Graduate School of International Management, October 2003.
- NBER Microstructure Conference, Boston, July 2003.
- University of Washington, May 2003.
- Hebrew University, May 2003.
- Tel Aviv University, May 2003.
- Texas Christian University, April 2003.

- University of Kansas, April 2003.
- NYSE Panel Discussion on SEC Rule 11Ac1-5 Market Quality Statistics, December 2002.
- Western Finance Association Meetings, June 2002.
- Yale – Nasdaq Market Microstructure Conference, June 2002.
- NYSE Conference "Practices and Concerns of Institutional Equity Desks", December 2001.
- National Bureau of Economic Research (NBER) Microstructure Conference, November 2001.
- Commodities Futures Trading Commission, November 2001.
- University of Kentucky, October 2001.
- Western Finance Association Meetings, June 2001.
- University of Utah, March 2001.
- University of Tennessee, October 2000.
- University of Florida, April 2000.
- American Finance Association Meetings, January 2000.
- NYSE Conference "U.S. Equity Markets in Transition", December 1999.
- University of Illinois, October 1999.
- Purdue University, October 1999.
- New York Stock Exchange Research Group, June 1999.
- Emory University, June 1999.
- Nasdaq-Notre Dame Microstructure Conference, April 1999.
- Rice University, March 1999.
- Conference on Electricity Industry Restructuring, UC Berkeley, March 1999.
- Washington University, St. Louis, December 1998.
- Instituto Technologico Autonomo De Mexico, October 1998.
- Rice University, October 1998.
- University of Texas-Austin, October 1998.
- University of Notre Dame, January 1998.
- University of Georgia, December 1997.
- Cornell University, October 1997.
- University of Rochester, October 1997.
- U.C. Riverside, October 1997.
- University of Alberta, September 1997.
- American Graduate School of International Management, May 1997.
- University of Oklahoma, January 1997.
- U.C. Berkeley, September 1996.
- University of Arizona, August 1996.
- Ohio State University, May 1996.
- University of Southern California, May 1996.
- NYSE Conference "The Search for the Best Price", March 1996.
- University of British Columbia, August 1995.
- University of Washington, August 1995.
- Arizona Finance Symposium, April 1995.
- Southern Methodist University, September 1994.
- Western Finance Association Meetings, June 1995.
- University of Iowa, February 1994.
- University of Missouri, February 1994.

- Australian Graduate School of Management, July 1994
- Hong Kong University of Science and Technology, July 1994.
- University of Washington, April 1994.
- University of Wisconsin, February 1994.
- University of Michigan, October 1993.
- University of Arizona, October 1993.
- University of Colorado, April 1993.
- Brigham Young University, October 1992.
- UCLA, June 1992.
- Commodity Futures Trading Commission, April 1992.
- University of Michigan, February 1992.
- University of Georgia, February 1992.
- University of Washington, July 1991.
- University of Arizona, April 1991.
- University of Rochester, June 1990.
- University of Utah, March 1990.
- Western Finance Association Meetings, June 1990.
- University of Arizona, April 1990.
- American Finance Association Meetings, December 1990,
- Tulane University, February 1990.
- Texas A&M University, February 1990.

## DISCUSSIONS PROVIDED AT CONFERENCES

- Northern Finance Association Meetings, September 2005.
- Western Finance Association Meetings, June 2005.
- Western Finance Association Meetings, June 2004.
- CFS Market Design Conference, Eltville, Germany, June 2004.
- Morgan-Stanley Market Structure Conference, April 2004.
- Financial Management Association Meetings, October 2003.
- Western Finance Association Meetings, June 2003.
- Georgia Tech International Finance Conference, March 2001.
- Western Finance Association Meetings, June 2000.
- Western Finance Association Meetings, June 1998.
- American Finance Association Meetings, January 1998.
- Financial Management Association Meetings, October 1997.
- Western Finance Association Meetings, June 1997, (2 sessions).
- Western Finance Association Meetings, June 1996.
- American Finance Association Meetings, January 1996.
- Western Finance Association Meetings, June 1995.
- Chicago Board of Trade Research Seminar, May 1995.
- Western Finance Association Meetings, June 1994.
- American Finance Association Meetings, January 1994 (2 sessions),
- Western Finance Association Meetings, June 1993.
- Financial Management Association Meetings, October 1992.
- American Finance Association Meetings, December 1991.
- Financial Management Association Meetings, October 1991.
- Financial Management Association Meetings, October 1989.

**PROFESSIONAL ACTIVITIES**

Member:
- American Finance Association,
- American Economic Association,
- Western Finance Association,
- Society for Promotion of Financial Studies,
- Financial Management Association.

Reviewer for:
>National Science Foundation,
>Journal of Financial Economics,
>Journal of Finance,
>Review of Financial Studies,
>Journal of Financial and Quantitative Analysis,
>Journal of Business,
>RAND Journal of Economics,
>Financial Management,
>Financial Analysts Journal,
>Journal of International Money and Finance,
>Journal of Financial Intermediation,
>Journal of Financial Markets,
>Journal of Money, Credit, and Banking,
>Journal of Banking and Finance,
>Journal of Financial Services Research,
>Journal of Empirical Finance,
>Journal of Applied Econometrics,
>The Energy Journal
>Energy,
>Pacific-Basin Finance Journal,
>Journal of Comparative Economics,
>The Financial Review,
>Journal of Futures Markets,
>International Review of Economics and Finance,
>Journal of Financial Research,
>Journal of Business Research,
>Global Finance Journal
>Latin American Business Review.

Conference Organization Activity:

-Track Chair, FMA meetings, 1997, 2003.
-Reviewer, Utah Winter Finance Conference, 2002, 2003, 2004, 2005.
-Reviewer, Toronto Stock Exchange Conference, 2002.
-Program Committee Member, WFA meetings, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005.
-Session Chair, AFA Meetings, 2000.
-Session Chair, WFA Meetings, 1998, 1999.

-Doctoral Consortium Panelist, FMA Meetings, 2001.
-Program Committee Member, FMA Meetings, 1993, 1996.

<u>Other Service:</u>
- FMA Nominating Committee, 2002
- Director: Western Finance Association, 1999-2002.

**EXTERNAL PROMOTION AND TENURE REVIEWS:**

-University of Illinois,
-University of Minnesota,
-Vanderbilt University,
-University of Wisconsin (2),
-Boston College,
-University of Colorado,
-Emory University (2)
-Tel Aviv University,
-Southern Methodist University,
-University of Oklahoma (2),
-Texas A&M University,
-University of Alberta,
-University of Iowa (2),
-Tulane University,
-University of Notre Dame,
-University of Georgia,
-Brigham Young University (4),
-Indiana University (2),
-Hong Kong University of Science and Technology
-Rice University (2),
-Thunderbird (American Graduate School of International Management)
-University of Western Ontario,
-University of Delaware (2),
-University of California -Riverside,
-Saint Louis University,
-Binghamton University.

**UNIVERSITY TEACHING**

-Introduction to Corporate Finance (MBA program core, Executive MBA program),
-Investment Management (MBA program),
-International Financial Management (Executive and regular MBA programs),
-Capital Markets Seminar (PhD program),
-Futures, Options, and Derivative Securities  (MBA and advanced undergraduate),
-Research Methods (PhD program),
-Advanced Corporate Finance (MBA program).

**CUSTOMIZED EXECUTIVE SHORT COURSES**

-Emory University Management Development Program.

-Emory University Financial Skills Program
-Lockheed Martin Corporation.
-U.S. West, Inc.
-Motorola Corporation.
-J.M. Huber Corporation.
-Asia-Pacific Center for Executive Development.
-Arizona Public Service, Inc.
-Western Area Power Administration.

## DISSERTATION COMMITTEES

-Lena Lee (completed 1991, initial appointment at University of Hawaii)
-Dong Man Kim (completed 1991, initial appointment at Cal State - San Bernardino)
-Wilson Tong (completed 1992, initial appointment at Hong Kong University of Science and Technology)
-Abe Helou (completed 1993, initial appointment at College of William and Mary).
-Vaughn Armstrong (Chair, completed 1995, initial appointment at Washington State University).
-Jay Coughenour (Chair, completed 1995, initial appointment at University of Massachusetts).
-Mark Chockalingam (completed 1995, initial appointment at Federal Express Corporation).
-Dan Deli (completed 1996, initial appointment at University of Delaware).
-Karyn Williams (Chair, completed 1999, initial appointment at Claremont Graduate School).
-Jim Linck, (completed 1999, initial appointment at University of Rochester).
-Vincentu Covrig (completed 1999, initial appointment at National University of Singapore).
-Kumar Venkataraman (Chair, completed 1999, initial appointment at Southern Methodist University.)
-Chris Gadarowski (completed 2000, initial appointment at Cornell University).

## HONORS AND AWARDS

-Research Grants, New York Stock Exchange, 1995, 1996, 1998, 1999, 2000, 2001,2002.
-Competitive Research Award and Grant, Pacific Basin Capital Markets Research Center, Summer 1994.
-Faculty Research Development Award, Summer 1992, ASU College of Business,
-Faculty Grant-In-Aid Research award, ASU, Summer 1991,
-MBA Superior Teaching Award, Simon School of Business, University of Rochester, 1989,
-Albert Foster Dissertation Fellowship, University of Washington, 1985.

## INSTITUTIONAL SERVICE:

UNIVERSITY OF UTAH
University Retirement Vendor Selection Committee, 2005-2006.
DESB Ad Hoc Committee on Promotion and Tenure Standards, 2005-06.

Faculty President, Eccles Business School, 2003-04.
College Council, Eccles Business School, 2002- 04.
Faculty Vice President, Eccles Business School, 2002.
Director, Garn Institute of Finance, 2003-2004.
Masters Program Committee, Eccles Business School, 2002.
Finance Department Recruiting Chair, 2002-03, 2005-06.
University Annuities and Salaries Committee, 2002-2005 term.
University Budget and Planning Committee, 2005-2009 term.
Faculty Grant Proposal Reviewer, 2004.

GOIZUETA BUSINESS SCHOOL, EMORY UNIVERSITY
College Personnel Committee, 1999, 2000.
PhD Program Planning Committee, 1999, 2000.
MBA Program Committee, 1999, 2000.
Evening MBA Strategic Planning Committee, 2000.

ARIZONA STATE UNIVERISTY
Department Recruiting Committee: 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997,1998.
Department Ph.D. Program Committee: 1989, 1990, 1991, 1992(chair), 1993(chair), 1994(chair), 1995(chair), 1996, 1997, 1998.
Department Research Committee: 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997,1998.
Department Computing Resources Committee: 1989, 1990(chair), 1991(chair), 1992(chair), 1993(chair), 1994(chair), 1995(chair), 1996(chair), 1997 (chair), 1998.
Department Self Study Committee: 1994.
Department Chair Evaluation Committee: 1994,1997.
Department Personnel Committee: 1994, 1995, 1996(chair), 1998.
Department Ad Hoc Committee on Post-Tenure Review: 1997 (chair).
College Faculty Council, 1997.
College Ad Hoc Committee on Implementation of Post-Tenure Review, 1997.
College Computing Resources Committee: 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997.
College Ph.D. Program Committee: 1992, 1993, 1994, 1995.
College Research Committee: 1993.
College Business Partners Faculty Development Task Force: 1992.
College Ad Hoc Committee on International Business: 1993.
University Faculty Computing Advisory Committee: 1992.
University Multidisciplinary Initiatives Committee: 1994.

Last Updated: January 20, 2006.

**Appendix B**

Depositions and Testimony provided by:

Hendrik Bessembinder

**I.    Depositions Given:**

- Internet Law Library, Inc., et al. Plaintiffs, vs. Southridge Capital Management LLC, et al., Southern District of New York, (01-CV-6600). Deposition Date: June 23, 2003.

- Official Employment-Related Issues Committee of Enron Corp., et el, plaintiff, vs. John Arnold, et al., defendants, Case No. 01-16034-AJG, Southern District of New York, Adversary No. 03-3522. Deposition Date: June 17, 2005.

**II.    Testimony Provided:**

- United States of America before the Commodity Futures Trading Commission, in the Matter of Anthony J. DiPlacido, respondent, CFTC Docket No. 01-23. Testimony Date: December 3, 2003.

- Official Employment-Related Issues Committee of Enron Corp., et el, plaintiff, vs. John Arnold, et al., defendants, Case No. 01-16034-AJG, Southern District of New York, Adversary No. 03-3522. Testimony Date: August 15, 2005.