IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00668-PSF-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

ANDREW KENNEDY RICHMOND,

    Defendant.

---

### ORDER SETTING CASE FOR TRIAL

---

    The above-captioned matter has been scheduled for a **three-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, January 29, 2007 at 1:30 p.m.**

    A Final Trial Preparation Conference is set for **Friday, January 19, 2007 at 1:30 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

    DATED: September 28, 2006

                                                BY THE COURT:

                                               *s/ Phillip S. Figa*

                                               _____
                                               Phillip S. Figa
                                               United States District Judge