IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00668-PSF-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

ANDREW KENNEDY RICHMOND,

    Defendant.

---

## AMENDED ORDER SETTING CASE FOR TRIAL
---

The above-captioned matter has been scheduled for a **three-day trial <u>to the Court</u>** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, January 29, 2007 at <u>9:00 a.m.</u>**

A Final Trial Preparation Conference is set for **Friday, January 19, 2007 at 1:30 p.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

    DATED:  October 3, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge